1
2
3
4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONNELL PEOPLES, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 5:14-CV-00171-MAN <br><br> **JUDGMENT OF REMAND** |

The Court having approved Defendant's Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Motion for Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Motion for Remand.

DATED: August 7, 2014         _/s/ Margaret A. Nagle_
                                                           MARGARET A. NAGLE
                                                           UNITED STATES MAGISTRATE JUDGE

-1-